NELSON C. REID et al., Respondents, *v.* THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.

(Argued June 18, 1884 ; decided June 27, 1884.)

*Charles B. Alexander* for appellant.

*F. J. Dupignac* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

THE TORONTO GENERAL TRUST COMPANY, as Trustee, etc., Respondent, *v.* THE CHICAGO, BURLINGTON AND QUINCY RAILROAD COMPANY et al., Appellants.

(Submitted June 18, 1884 ; decided June 27, 1884.)

*Theron G. Strong* for appellants.

*F. K. Pendleton* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

THE NORTHAMPTON NATIONAL BANK, Respondent, *v.* LUCIEN H. NILES, Appellant.

(Argued June 18, 1884 ; decided June 27, 1884.

*Clarence D. Ashley* for appellant.

*W. G. Peckham* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.